UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.:   8:21-MJ-1534

AUDREY ANN SOUTHARD-RUMSEY (AKA: AUDREY ANN SOUTHARD)

_____/

## NOTICE OF APPEARANCE

COMES NOW, Maria T. Rodriguez, Attorney for the Defendant, and hereby enters her Notice of Appearance on Defendant's behalf in the above-referenced matter.

## DEMAND FOR DISCOVERY

COMES NOW, Audrey Ann Southard-Rumsey (AKA: Audrey Ann Southard), via undersigned counsel, and hereby gives Notice that she will participate in all discovery allowed by the Federal Rules of Criminal Procedure in the above-captioned cause.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been furnished via Electronic Filing to Alexis Loeb, AUSA, Office of the U.S. Attorney, District of Columbia, alexis.loeb@usdoj.gov, on this 16th day of June, 2021.

/S/ Maria T. Rodriguez
_____
Maria T. Rodriguez, Attorney at Law
P.O. Box 2176
Tarpon Springs, FL 34688
Tel:  (727) 238-2342
Fla. Bar No.:  0168180 / US FL MD
Email:  attorneymariar@aol.com